1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

12
13

| | |
|---|---|
| ALADDIN ZACKARIA, individually, and on behalf of other members of the general public similarly situated, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"); <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. EDCV11-01418 VAP (DTBx) <br><br> Honorable Virginia A. Phillips <br><br> **CLASS ACTION** <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF ALADDIN ZACKARIA'S MOTION TO REMAND <br><br> Date: November 7, 2011 <br> Time: 2:00 p.m. <br> Place: Courtroom 2 <br><br> **Complaint Filed: August 3, 2011** |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING MOTION TO REMAND

# ORDER

Aladdin Zackaria's ("Plaintiff") Motion to Remand came for a hearing before this Court on November 7, 2011, at approximately 2:00 p.m., in Courtroom 2 of the United States District Court for the Central District of California, Eastern Division. The Court has reviewed Plaintiff's moving papers, Defendant's opposition, and Plaintiff's reply brief in connection with the motion. The Court has also considered oral argument and all evidence presented at the hearing.

Plaintiff's Motion to Remand is hereby **GRANTED**. Defendant removed this action from the Superior Court of the State of California for the County of San Bernardino pursuant to 28 U.S.C. § 1332(d). However, as Plaintiff's moving papers have demonstrated, Defendants failed to carry their burden of establishing that the amount in controversy exceeds $5,000,000. Moreover, this Court declines to exercise jurisdiction over a Private Attorneys General Act ("PAGA") claimant. Accordingly, pursuant to 28 U.S.C. § 1447, the above-entitled action is hereby remanded to the Superior Court of the State of California for the County of San Bernardino.

**IT IS SO ORDERED.**

Dated: _____          _____
                                       Hon. Virginia A. Phillips
                                       Judge of the U.S. District Court